IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01238–CMA–KMT

CHERIE RADEKER,

    Plaintiff,

v.

ELBERT COUNTY BOARD OF COMMISSIONERS, County of Elbert, Colorado,
KURT SCHLEGEL, Elbert County Commissioner, Officially and Individually,
ROBERT ROWLAND, Elbert County Commissioner, Officially and Individually, and
LARRY ROSS, Elbert County Commissioner, Officially and Individually,

    Defendants.

---

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of "Defendants' Consent to the Filing of Plaintiff's Proposed Second Amended Complaint" (Doc. No. 43, filed May 18, 2015), "Plaintiff's Unopposed Motion to Amend Complaint (Doc. No. 40, filed May 13, 2015) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's Second Amended Complaint (Doc. No. 40-2) and the exhibits thereto (Doc. No. 40-3).

Dated: May 19, 2015