IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:   14-cv-01238-CMA-KMT | Date:   June 11, 2015 |
| Courtroom Deputy:   Sabrina Grimm | FTR:   Courtroom C-201 |

*Parties:*                                                                                         *Counsel:*

CHERIE RADEKER,                                                              Paul Maxon

    Plaintiff,

v.

ELBERT COUNTY BOARD OF COMMISSIONERS,      Ashley Barr
County of Elbert, Colorado,
KURT SCHLEGEL, Elbert County Commissioner,
Officially and Individually,
ROBERT ROWLAND, Elbert County Commissioner,
Officially and Individually, and
LARRY ROSS, Elbert County Commissioner, Officially
and Individually,

    Defendants.

---

## COURTROOM MINUTES

---

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**9:07 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED:** **Defendants' Unopposed Motion to Modify Scheduling Order [52] is GRANTED. The dispositive motions deadline is extended to July 31, 2015. The Telephonic Final Pretrial Conference is VACATED and RESET to October 1, 2015 at 9:45 a.m. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference. A Final Pretrial Order shall be prepared by the parties and submitted to the court on or before September 24, 2015.**

Discussion regarding discovery issue with respect to scheduling a deposition without conferring, responsive documents related to Plaintiff's requests for production, date limitation on the requests for production, and discovery deadline extension.

Defendants are encouraged to perform a search for the time period starting January 2010. Ms. Barr states the preliminary documents will be produced to Plaintiff by close of business tomorrow. Defendants agree to produce the remaining documents from 2010 and 2011within ten days.

**9:49 a.m.        Court in recess.**

Hearing concluded.
Total in-court time    00:42

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.