**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01238-CMA-KMT

CHERIE RADEKER,

    Plaintiff,

v.

ELBERT COUNTY BOARD OF COMMISSIONERS,
KURT SCHLEGEL, in his official and individual capacities,
ROBERT ROWLAND, in his official and individual capacities, and
LARRY ROSS, in his official and individual capacities,

    Defendants.

---

**ORDER**

---

This matter is before the Court on Defendants' Motion for Summary Judgment filed on July 31, 2015. (Doc. # 73.) Plaintiff responded to that motion on September 4, 2015 (Doc. # 85), and Defendants replied on September 17, 2015 (Doc. # 90). Upon review of the parties' briefing and the evidence referenced therein, the Court determines that genuine issues of material fact preclude the Court from granting the summary judgment motion.

Accordingly, the Court ORDERS that Defendants' Motion for Summary Judgment (Doc. # 73) is DENIED.

DATED: December 3, 2015

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge